UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------X
MILAGROS FRANCO,

                          Plaintiff,

          -against-

380 SECOND LLC, *et al.*,

                         Defendant.
-----------------------------------------------------------------X

**INITIAL CASE MANAGEMENT CONFERENCE ORDER**

**22-CV-4011 (PAE) (JW)**

**JENNIFER E. WILLIS, United States Magistrate Judge:**

On September 12, 2022, the Parties requested an adjournment of the Initial Case Management Conference. The request is GRANTED. The Conference is adjourned to **October 6, 2022**, at **10:30 AM**. Counsel is directed to call the Court's Microsoft Teams conference line at the scheduled time. **Please dial (646) 453-4442, Conference ID: 254 448 342.**

The Parties are instructed to refer to the Court's prior scheduling order for the requisite pre-conference submissions and their deadlines.

SO ORDERED.

DATED:   New York, New York
               September 14, 2022

                                                               */s/ Jennifer E. Willis*
                                                             JENNIFER E. WILLIS
                                                             United States Magistrate Judge