UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------X
MILAGROS FRANCO,

                       Plaintiff,                               **ORDER**

                -against-

380 SECOND LLC, *et al.*,                          **22-CV-4011 (PAE) (JW)**

                       Defendant.
-----------------------------------------------------------------X

**JENNIFER E. WILLIS, United States Magistrate Judge:**

      On January 13, 2023, Plaintiff filed a letter alerting the Court to certain issues that have arisen in discovery in this matter. Dkt. No. 33. The Court's Individual Rules allow a response within three days. Defendants have not responded – should they wish too, they must do so by **January 31, 2023**.

      SO ORDERED.

DATED:    New York, New York
               January 27, 2023

                                                          */s/ Jennifer E. Willis*
                                                JENNIFER E. WILLIS
                                                United States Magistrate Judge