**SheppardMullin**

Sheppard Mullin Richter & Hampton LLP
30 Rockefeller Plaza
New York, New York 10112-0015
212.653.8700 main
212.653.8701 fax
www.sheppardmullin.com

212.634.3023 direct
skirby@sheppardmullin.com

February 2, 2023

**VIA ECF**

Honorable Jennifer E. Willis, U.S.M.J.
United States District Court
Southern District of New York
40 Foley Square
New York, New York 10007

   Re: *Franco v. 380 Second LLC, et al.*
     <u>Case No. 1:22-cv-04011-PAE-JW</u>

Dear Judge Willis:

  This firm represents Defendant 380 Second LLC in connection with the above-referenced matter. In light of the discovery and amendment of pleadings issues raised in recent correspondence filed with the Court (Dkt. Nos. 33, 35), and in light of the upcoming close of fact discovery deadline of February 6, 2023, the parties jointly request that a status conference be scheduled with the Court to discuss a proposed extension of the fact discovery deadline. This is the first request for a conference to address a proposed extension of deadlines.

  We appreciate Your Honor's consideration of this request, and thank the Court for its time and attention to this matter.

           Respectfully,

           _/s Sean J. Kirby_____

           Sean J. Kirby
           for SHEPPARD MULLIN RICHTER & HAMPTON LLP

cc: Counsel of Record, via ECF