**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
-----------------------------------------------------------------X
MILAGROS FRANCO,

Plaintiff,          **ORDER**

**22-CV-4011 (PAE) (JW)**

-against-

380 SECOND LLC, *et al.*,

Defendant.
-----------------------------------------------------------------X
**JENNIFER E. WILLIS, United States Magistrate Judge:**

On January 13, 2023, Plaintiff filed a letter seeking discovery from Defendant Small Door Veterinary, PLLC. Dkt. No. 33. Following an Order from this Court, Small Door responded on January 31, 2023. Dkt. No. 35.

Separately, on February 2, 2023, Defendant 380 Second LLC filed a letter requesting a conference to discuss extending the fact discovery deadline. Dkt. No. 36.

The Court finds that it would be most efficient to address both motions through a conference; Dkt. No. 35 is GRANTED. A conference is scheduled for **February 14, 2023**, at **3:00 PM** in Courtroom 228, 40 Foley Square, New York, New York.

**All Parties are expected to attend** and should be prepared to discuss both discovery issues.

SO ORDERED.

DATED:     New York, New York
           February 3, 2023

*Jennifer E. Willis*

JENNIFER E. WILLIS
United States Magistrate Judge