UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------X
MILAGROS FRANCO,

                Plaintiff,                              **ORDER**

        -against-                               **22-CV-4011 (PAE) (JW)**

380 SECOND LLC, *et al.*,

                Defendants.
------------------------------------------------------------------X

**JENNIFER E. WILLIS, United States Magistrate Judge:**

      Following a hearing held on February 15, 2023, there are several disputes currently pending in this matter.

      First, per the Order issued following the February 15 Hearing, briefing is still expected on the issue of whether financial discovery is appropriate at this time. See Dkt. No. 39.

      Second, Plaintiff filed a letter on February 17, 2023, alleging inconsistencies in certain documents submitted by Defendant Small Door. Dkt. No. 41. Per this Court's Individual Rules, Defendant Small Door has three business days from the filing of that letter to respond.

      Third, a dispute has arisen regarding a stipulation substituting current non-party Small Door Gramercy LLC for current Defendant Small Door Veterinary, PLLC ("Defendant Small Door"). Dkt Nos. 40, 42. The Court requires further information in order to resolve this dispute. The following should be submitted to the Court by Friday, **February 24, 2023**:

- From Plaintiff, any Interrogatories and their corresponding Responses and Objections that touch upon the question of (1) who is the current tenant and occupier of the property at issue and (2) Small Door Gramercy LLC's relationship to this case;

- From Defendant Small Door, an explanation of why, if they are incorrectly named in this action, they produced discovery and how they had access to relevant documents for said production.

Finally, it is the Court's understanding having reviewed the correspondence included at Ex. 1 to Dkt. No. 42 that current Counsel for Defendant Small Door, Eunon Jason Mizrahi, is representing Small Door Gramercy LLC in connection with this action. Should that understanding be incorrect, said Counsel is invited to explain to the Court why he appears to be negotiating the stipulation on behalf of Small Door Gramercy LLC as well as his current client.

SO ORDERED.

DATED:   New York, New York
         February 22, 2023

*Jennifer E. Willis*
JENNIFER E. WILLIS
United States Magistrate Judge