UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------X
MILAGROS FRANCO,

                Plaintiff,   **ORDER**

    -against-   **22-CV-4011 (PAE) (JW)**

380 SECOND LLC, *et al.*,

                Defendant.
------------------------------------------------------------------X

**JENNIFER E. WILLIS, United States Magistrate Judge:**

    As noted in prior orders, there are several pending issues in this matter. However, none can be addressed until the issue of whether the Parties in this action are correctly named is resolved. To that end, the Parties have discussed a stipulation to settle the issue, over which there has been some dispute. See Dkt. Nos. 40, 42.

    This Court cannot force a party to sign a stipulation to which it has not consented. The Parties are directed to resolve the issue and file an update letter, or make an appropriate motion, by **March 8, 2023**.

    Furthermore, as the stipulation concerns the continuing participation of Defendant Small Door in this case, the resolution of the other outstanding discovery disputes is deferred until the stipulation issue is settled.

    Finally, the Parties are reminded that *ad hominem* attacks against any counsel in this case are considered inappropriate behavior by this Court.

    SO ORDERED.

DATED:   New York, New York
             March 1, 2023

                                              */s/ Jennifer E. Willis*
                                              JENNIFER E. WILLIS
                                              United States Magistrate Judge