UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------X   Docket No. 1:22-cv-04011
                                                                 (PAE)(JW)
MILAGROS FRANCO,

                Plaintiff,

against

380 SECOND LLC AND SMALL DOOR                **STIPULATION AND ORDER TO**
VETERINARY, PLLC,                             **AMEND COMPLAINT,**
                                              **ANSWERS AND CAPTION FOR**
                Defendants.   **<u>NEW DEFENDANT</u>**

-------------------------------------------------------------X

    WHEREAS, defendant Small Door Veterinary, PLLC asserts plaintiff has incorrectly named Small Door Veterinary, PLLC as a defendant in this action; and

    WHEREAS, defendant Small Door Veterinary, PLLC has advised plaintiff that Small Door Gramercy LLC is the entity that leases the space at issue in this litigation from defendant 380 Second LLC;

    IT IS  THEREFORE STIPULATED, AGREED AND ORDERED that the Complaint be amended to substitute Small Door Gramercy LLC as a defendant in this action instead of Small Door Veterinary, PLLC;

    IT IS THEREFORE ALSO STIPULATED, AGREED AND ORDERED that all references in the Complaint to defendant Small Door Veterinary, PLLC shall now be deemed to be references to Small Door Gramercy LLC;

    IT IS THEREFORE ALSO STIPULATED, AGREED AND ORDERED that Small Door Veterinary, PLLC's pleadings be amended to substitute Small Door Gramercy LLC as an answering defendant in this action instead of Small Door Veterinary, PLLC;

    IT IS THEREFORE FURTHER STIPULATED, AGREED AND ORDERED that all references to defendant Small Door Veterinary, PLLC in defendant Small Door Veterinary PLLC's pleadings shall now be deemed to be references to Small Door Gramercy LLC;

IT IS THEREFORE ALSO STIPULATED, AGREED AND ORDERED that 380 Second LLC's pleadings and cross claims be amended to substitute Small Door Gramercy LLC as a defendant and cross claim defendant in this action instead of Small Door Veterinary, PLLC;

IT IS THEREFORE FURTHER STIPULATED, AGREED AND ORDERED that all references to defendant Small Door Veterinary, PLLC in defendant 380 Second LLC's pleadings and cross claims shall now be deemed to be references to Small Door Gramercy LLC; and

IT IS THEREFORE ALSO STIPULATED, AGREED AND ORDERED that the caption be amended to substitute Small Door Gramercy LLC as a defendant in this action instead of Small Door Veterinary, PLLC and the caption shall be amended to be as follows:

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
---------------------------------------------------------------X    **Docket No. 1:22-cv-04011 (PAE)(JW)**

MILAGROS FRANCO,

                Plaintiff,

    - against -

380 SECOND LLC AND SMALL DOOR
GRAMERCY LLC,

                Defendants.
---------------------------------------------------------------X

IT IS ALSO STIPULATED, AGREED AND ORDERED that all references to defendant Small Door Veterinary, PLLC in Plaintiff's First Request for Documents and Plaintiff's First Set of Interrogatories shall now be deemed to be references to Small Door Gramercy LLC.

Dated: March 8, 2023
       New York, New York

| **PARKER HANSKI LLC** | **SHEPPARD MULLIN RICHTER & HAMPTON LLP** |
|---|---|
| By: */s/ Robert G. Hanski* <br> Robert G. Hanski, Esq. <br> Attorneys for Plaintiff <br> 40 Worth Street, Suite 602 <br> New York, New York 10013 <br> Tel: (212) 248-7400 <br> rgh@parkerhanski.com <br> *Attorneys for Plaintiff* <br> *Milagros Franco* | By: *Sean J. Kirby, Esq.* <br> Sean J. Kirby, Esq. <br> Attorneys for Defendant 380 Second LLC <br> 30 Rockefeller Plaza <br> New York, New York 10112 <br> Tel: (212) 653-8700 <br> skirby@sheppardmullin.com <br> *Attorneys for Defendant* <br> *380 Second LLC* |

**LEVIN-EPSTEIN & ASSOCIATES, P.C.**

**BY:** *Jason Mizrahi, Esq.*
Jason Mizrahi, Esq.
Attorneys for Defendant Small Door
Gramercy LLC and Small Door
Veterinary, PLLC
60 East 42nd Street, Suite 4700
New York, New York 10165
(212) 792-0048
Jason@levinepstein.com
*Attorneys for named Defendant*
*Small Door Veterinary, PLLC*

SO ORDERED: _____*Jennifer E. Willis*_____
                **JENNIFER E. WILLIS**
                **UNITED STATES MAGISTRATE JUDGE**

March 9, 2023