**SheppardMullin**

Sheppard Mullin Richter & Hampton LLP
30 Rockefeller Plaza
New York, New York 10112-0015
212.653.8700 main
212.653.8701 fax
www.sheppardmullin.com

212.634.3023 direct
skirby@sheppardmullin.com

March 23, 2023

**VIA ECF**

Honorable Jennifer E. Willis, U.S.M.J.
United States District Court
Southern District of New York
40 Foley Square
New York, New York 10007

      Re:    *Franco v. 380 Second LLC, et al.*
               Case No. 1:22-cv-04011-PAE-JW

Dear Judge Willis:

      This firm represents Defendant 380 Second LLC in connection with the above-referenced matter. I write on behalf of, and with the consent of, all parties to respectfully request a brief extension of the following discovery deadlines:

| Deadline | Current Date | Proposed Date |
| --- | --- | --- |
| Close of Fact Discovery | March 31, 2023 | April 28, 2023 |
| Close of Expert Discovery | May 5, 2023 | June 2, 2023 |

      The parties request the proposed four (4) week extension of the foregoing deadlines as the parties are in the process of completing document discovery pursuant to the recent order of the Court (Dkt. No. 54), and need additional time to complete depositions and expert discovery once such depositions are complete.[1] This is the second request for an extension of the fact discovery deadline and the first request for an extension of the expert discovery deadline.

---

[1] In light of the current fact discovery deadline, the parties currently have depositions scheduled for next week. However, since the Defendants are still in the process of gathering additional documents to complete document discovery pursuant to the Court's recent order, the brief extension requested would allow for Defendants to complete such production and obviate the need to call witnesses back for a second deposition should such documents be produced after the initial deposition is conducted.

**SheppardMullin**

Sheppard Mullin Richter & Hampton LLP
30 Rockefeller Plaza
New York, New York 10112-0015
212.653.8700 main
212.653.8701 fax
www.sheppardmullin.com

We appreciate Your Honor's consideration of this request, and thank the Court for its time and attention to this matter.

          Respectfully submitted

          */s/ Sean J. Kirby*
          Sean J. Kirby

cc: All counsel of record (via ECF)