UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------x

Plaintiff, Milagros Franco

-v-

Defendant. 380 Second LLC et al

-----------------------------------------------------------x

Amended
ORDER OF REFERENCE
TO A MAGISTRATE JUDGE

22 Civ. 4011 (PAE) (JW)

The above entitled action is referred to the designated Magistrate Judge for the following purpose(s):

☒ General Pretrial (includes scheduling, discovery, non-dispositive pretrial motions, and settlement)

☒ Specific Non-Dispositive Motion/Dispute:*
   Dkt. 64

☐ If referral is for discovery disputes when the District Judge is unavailable, the time period of the referral: _____

☐ Settlement*

☐ Inquest After Default/Damages Hearing

☐ Consent under 28 U.S.C. §636(c) for all purposes (including trial)

☐ Consent under 28 U.S.C. §636(c) for limited purpose (e.g., dispositive motion, preliminary injunction)
   Purpose: _____

☐ Habeas Corpus

☐ Social Security

☐ Dispositive Motion (i.e., motion requiring a Report and Recommendation)
   Particular Motion: _____

   All such motions: _____

*Do not check if already referred for general pretrial.

Dated: July 5, 2023

SO ORDERED:

/s/ Paul A. Engelmayer

United States District Judge