UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------X

MILAGROS FRANCO,

                        Plaintiff,                      **ORDER**

                                          **22-cv-4011 (PAE) (JW)**

     -against-

380 SECOND LLC, *et al.*,

                       Defendants.
-----------------------------------------------------------------X

**JENNIFER E. WILLIS, United States Magistrate Judge:**

     On June 29, 2023, Defendants filed a Motion to stay the action.  Dkt. No. 64.

On July 6, 2023, Plaintiff filed their opposition to the request to stay.  Dkt. No. 66.

Oral argument in this matter is scheduled for **July 26, 2023 at 1:30pm** in Courtroom

228, United States Courthouse, 40 Foley Square, New York, New York.

     SO ORDERED.

DATED:    New York, New York
          July 7, 2023                JENNIFER E. WILLIS
                                       United States Magistrate Judge