**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
-----------------------------------------------------------------X
MILAGROS FRANCO,

                              Plaintiff,                              **ORDER**

            -against-                              **22-cv-4011 (PAE) (JW)**

380 SECOND LLC, *et al.*,

                              Defendants.
-----------------------------------------------------------------X

**JENNIFER E. WILLIS, United States Magistrate Judge:**

On July 13, 2023, Defendant 380 Second LLC wrote to clarify whether the July 14, 2023 deadline to file pre-motion letters in connection with any anticipated motions for summary judgment are being held in abeyance. Dkt. No. 68. As this Court has not granted a stay, all deadlines are in effect.

The request to adjourn oral argument is GRANTED.

SO ORDERED.

DATED:      New York, New York
            July 13, 2023                              *Jennifer E. Willis*
                                                       JENNIFER E. WILLIS
                                                       United States Magistrate Judge