**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
---------------------------------------------------------------X
MILAGROS FRANCO,

                        Plaintiff,                    **ORDER**

        -against-                        **22-cv-4011 (PAE) (JW)**

380 SECOND LLC, *et al.*,

                        Defendants.
---------------------------------------------------------------X

**JENNIFER E. WILLIS, United States Magistrate Judge:**

      A conference in this action is scheduled for **August 16, 2023 at 12:00 pm** in Courtroom 228, United States Courthouse, 40 Foley Square, New York, New York.

      This conference will serve as a hearing on the request to stay at Dkt. No. 64 and a pre-motion conference on anticipated dispositive motions.

      SO ORDERED.

DATED:    New York, New York
              July 14, 2023

                                                    JENNIFER E. WILLIS
                                          United States Magistrate Judge