# LEVIN-EPSTEIN & ASSOCIATES, P.C.

60 East 42nd Street • Suite 4700 • New York, New York 10165
T: 212.792.0048 • E: Jason@levinepstein.com

---

*Via ECF*
Hon. Jennifer E. Willis, U.S.M.J.
United States District Court, Southern District of New York
40 Foley Square
New York, NY 10007

       Re: *Franco v. 380 Second LLC et al*
          **Case No.: 1:22-cv-04011-PAE-JW**

Dear Honorable Magistrate Judge Willis:

  This law firm represents Defendant Small Door Gramercy LLC ("Small Door Gramercy") in the above-referenced action.

  Pursuant to Your Honor's Individual Rules I(B) and I(C), this letter respectfully serves to supplement the letter motion filed earlier this morning [Dckt. No. 77], requesting an adjournment of the in-person hearing scheduled for August 16, 2023 at 12:00 p.m. [*see* Dckt. No. 70].

  Counsel for Plaintiff Milagros Franco (the "Plaintiff") consents to the requested adjournment. However, Plaintiff's counsel is unavailable on the proposed dates and times contained in Small Door Gramercy's letter, filed earlier this morning.

  Counsel for the parties have also conferred, and propose the following dates / times for an in-person hearing[1]:

1. Wednesday, September 6, 2023 after 12:30 p.m.;
2. Monday, September 18, 2023 between 10:00 a.m. and 12:00 p.m.; or
3. Tuesday, September 19, 2023.

  We thank the Court for its attention to this matter, and are available at the Court's convenience to answer any questions related to the foregoing.

GRANTED. The hearing is adjourned to September 6, 2023 at 12:45pm and will take place in Courtroom 228, 40 Foley Square New York, New York.  SO ORDERED.

*Jennifer E. Willis*
_____
Jennifer E. Willis
United States Magistrate Judge
August 15, 2023

---

[1] In the alternative, the instant letter respectfully serves to request that the August 16, 2023 in-person hearing be held virtually.

1

          LEVIN-EPSTEIN & ASSOCIATES, P.C.

By:   */s/ Jason Mizrahi*
      Jason Mizrahi
      60 East 42nd Street, Suite 4747
      New York, NY 10170
      Tel. No.: (212) 792-0048
      Email: Jason@levinepstein.com
      *Attorneys for Defendant Small Door*
      *Gramercy LLC*

Cc: All Counsel, via ECF.