UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------X
MILAGROS FRANCO,

                      Plaintiff,                      **ORDER**

                                                         **22-cv-4011 (AS) (JW)**

           -against-

380 SECOND LLC, *et al*.,

                      Defendant.
------------------------------------------------------------------X
**JENNIFER E. WILLIS, United States Magistrate Judge:**

On September 6, 2023, the Parties were heard in a pre-motion conference on Defendants' request to stay the action pending remediation efforts. The Court also addressed Defendants' anticipated motions for summary judgment and the possibility of early resolution. Defendants' request to stay at Dkt. No. 64 was GRANTED for sixty days. The action shall be stayed until **November 6, 2023**. During this time, the Court expects that Defendants will proceed with remediation efforts, including construction of a ramp at the subject property. Defendants are directed to file a status update letter on **October 6, 2023**, advising the Court on the status of remediation efforts. The briefing schedule on anticipated motions for summary judgment will be set if and when the stay is lifted.

The Parties expressed a willingness to proceed with settlement discussions during the stay. Should the parties wish to schedule a settlement conference, the Parties are directed to contact Courtroom Deputy Christopher Davis via email by September 13, 2023 at WillisNYSDChambers@nysd.uscourts.gov to provide three mutually agreeable dates in October, November, or December. Any conference will

be held in-person at Courtroom 228, 40 Foley Square, New York, New York. Should the Parties not wish to schedule a settlement conference at this time, they should inform the Court via email by the same deadline.

Parties must attend in-person with their counsel. Corporate parties must send the person with decision making authority to settle the matter to the conference. The parties are instructed to prepare pre-conference submissions in accordance with Judge Willis's Standing Order for all Cases Referred for Settlement.

The Clerk of the Court is respectfully requested to close the Motions at Dkt. Nos. 64, 71, and 72. The Parties are directed to order a copy of the transcript from the Conference and provide a copy to the Court.

SO ORDERED.

DATED:   New York, New York
         September 6, 2023

_____
JENNIFER E. WILLIS
United States Magistrate Judge