UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------X
MILAGROS FRANCO,

                        Plaintiff,

        -against-

380 SECOND LLC, *et al.*,

                        Defendant.
------------------------------------------------------------------X

**ORDER**

**22-cv-4011 (AS) (JW)**

**JENNIFER E. WILLIS, United States Magistrate Judge:**

      The Parties are directed to file a joint letter with a proposed briefing schedule for anticipated dispositive motions by **November 27, 2023**.

      SO ORDERED.

DATED:    New York, New York
                November 17, 2023

*Jennifer E. Willis*
JENNIFER E. WILLIS
United States Magistrate Judge