**SheppardMullin**

Sheppard Mullin Richter & Hampton LLP
30 Rockefeller Plaza
New York, New York 10112-0015
212.653.8700 main
212.653.8701 fax
www.sheppardmullin.com

212.634.3023 direct
skirby@sheppardmullin.com

November 27, 2023

**VIA ECF**

Honorable Jennifer E. Willis, U.S.M.J.
United States District Court
Southern District of New York
40 Foley Square
New York, New York 10007

   Re: *Franco v. 380 Second LLC, et al.*
      Case No. 1:22-cv-04011-AS-JW

Dear Judge Willis:

  This firm represents Defendant 380 Second LLC in connection with the above-referenced matter. Pursuant to the Court's Order dated November 17, 2023 (Dkt. No. 86), I write on behalf of, and with the consent of, all parties to respectfully propose the following briefing schedule for dispositive motions in this action:

1. December 29, 2023 – Moving Papers Due

2. January 29, 2024 – Opposition Papers Due

3. February 12, 2024 – Reply Papers Due

  In addition, the parties reserve the right to request that the foregoing proposed schedule be modified should their respective expert witnesses need to conduct follow-up inspections of the premises in connection with such dispositive motions.

  We appreciate Your Honor's consideration of this proposed schedule, and thank the Court for its time and attention to this matter.

            Respectfully submitted

             */s/ Sean J. Kirby*
            Sean J. Kirby

cc: All counsel of record (via ECF)