# SMITH LEGAL ADVISORS LLC

40 Worth Street, Suite 602
New York, New York 10013
Phone: 920-689-3315

January 24, 2024

<u>*Via ECF*</u>

The Honorable Jennifer E. Willis, U.S.M.J.
United States District Court
Southern District of New York
40 Foley Square
New York, NY 10007

Re:  <u>Milagros Franco v. 380 Second LLC et al Docket No. 1:22-cv-04011 (AS)(JW)</u>

Dear Judge Willis:

    We represent plaintiff Milagros Franco in the above-entitled action. We write to respectfully ask the Court to extend plaintiff's time to oppose defendants' motions for summary judgment, from January 29, 2024 to February 5, 2024. The reason for this request is because plaintiff's counsel have been ill. The requested extension would also extend defendants' time to reply to the opposition papers from February 12, 2024 to February 19, 2024.

    This is the first application to extend plaintiff's time and all parties consent to this application.

    Thank you for your time and attention to this matter.

                                                                          Respectfully,

                                                                         /s/
                                                             Susan K. Smith, Esq.