# LEVIN-EPSTEIN & ASSOCIATES, P.C.

60 East 42nd Street • Suite 4700 • New York, New York 10165
T: 212.792.0048 • E: Jason@levinepstein.com

May 7, 2024

<u>**Via ECF**</u>
Hon. Arun Subramanian, U.S.D.J.
United States District Court, Southern District of New York
500 Pearl St.
New York, NY 10007-1312

      Re: *Franco v. 380 Second LLC et al*
        <u>**Case No.: 1:22-cv-04011-PAE-JW**</u>

Dear Honorable Judge Subramanian:

  This law firm represents Defendant Small Door Gramercy LLC ("Small Door Gramercy") in the above-referenced action.

  Pursuant to Your Honor's Individual Rules, this letter respectfully serves to request an adjournment of the in-person status conference scheduled for May 10, 2024 at 2:00 p.m. to: (i) May 20, 2024: (ii) May 23, 2024; or (iii) May 24, 2024.

  This is the first request of its kind, and is made on consent of counsel for Defendant 380 Second LLC ("380 Second") and Plaintiff Milagros Franco (the "Plaintiff").

  The basis of this request is that the undersigned law firm has a conflicting, unavoidable, deposition scheduled for May 10, 2024.

  In light of the foregoing, it is respectfully requested that the Court adjourn the in-person status conference scheduled for May 10, 2024 at 2:00 p.m. to: (i) May 20, 2024: (ii) May 23, 2024; or (iii) May 24, 2024.

  We thank the Court for its attention to this matter, and are available at the Court's convenience to answer any questions related to the foregoing.

Application GRANTED. The conference is hereby rescheduled to **May 20, 2024 at 1PM**. The client or principal decision maker for each party should attend in-person or be prepared to dial in remotely. The parties should expect to discuss the pending motions for summary judgment.

In addition, the parties are reminded that they have been ordered to meet in person, for no less than one hour, to discuss settlement prior to the conference.

The Clerk of Court is directed to terminate the motion at ECF No. 127.

SO ORDERED.

*[signature]*
Arun Subramanian, U.S.D.J.
Date: May 7, 2024

LEVIN-EPSTEIN & ASSOCIATES, P.C.

By: */s/ Jason Mizrahi*
   Jason Mizrahi
   60 East 42nd Street, Suite 4747
   New York, NY 10170
   Tel. No.: (212) 792-0048
   Email: Jason@levinepstein.com
   *Attorneys for Defendant Small Door Gramercy LLC*

1