# SMITH LEGAL ADVISORS LLC

85 Delancey Street
New York, New York 10002
Phone: 920-689-3315

Application DENIED. If the parties wish to have the conference rescheduled, they should propose a date no later than May 24, 2024. The Clerk of Court is directed to terminate the motion at ECF No. 129.

SO ORDERED.

Arun Subramanian, U.S.D.J.
Date: May 14, 2024

*Via ECF*
The Honorable Arun Subramanian, U.S.D.J.
United States District Court, Southern District of New York
500 Pearl Street
New York, NY 10007

Re:  *Milagros Franco v. 380 Second LLC et al Docket No. 1:22-cv-04011 (AS)(JW)*

Dear Judge Subramanian:

We represent the plaintiff in the above-entitled case. On behalf of the plaintiff, and with the consent of the defendants Small Door Gramercy, LLC ("Small Door") and 380 Second LLC, we respectfully request a short adjournment to the in-person status conference scheduled for May 20, 2024 at 1:00 p.m due to multiple conflicting and pre-existing conflicts.[1] This is the second request for of its kind and the first request made by plaintiff.

After consulting with defendants' counsel, the following dates and time work for all counsel and the parties:

- May 30, 2024 after 2:00 p.m.
- June 3, 2024 in the morning
- June 4, 2024.

In light of the foregoing, we respectfully request that the Court adjourn the in-person status conference scheduled for May 20, 2024, at 1:00 p.m. to one of the above-stated dates or to a different date that pleases the Court.

Thank you for your time and attention to this matter.

very truly yours,

/s/
Susan K. Smith, Esq.

---

[1] Although plaintiff's counsel consented to defendant Small Door's request for an adjournment (ECF No. 127), we were not consulted on counsel and client's availability. Otherwise we would have advised opposing counsel that counsel for plaintiff has multiple conflicting and pre-existing conflicts on May 20, 2024.