# SMITH LEGAL ADVISORS LLC

85 Delancey Street
New York, New York 10002
Phone: 920-689-3315

May 15, 2024

<u>Via ECF</u>
The Honorable Arun Subramanian, U.S.D.J.
United States District Court, Southern District of New York
500 Pearl Street
New York, NY 10007

Re:   <u>Milagros Franco v. 380 Second LLC et al Docket No. 1:22-cv-04011 (AS)(JW)</u>

Dear Judge Subramanian:

    We represent the plaintiff in the above-entitled case. On behalf of the plaintiff, and with the consent of the defendants Small Door Gramercy, LLC and 380 Second LLC, we respectfully request a short adjournment to the in-person status conference scheduled for May 20, 2024 at 1:00 p.m. due to multiple conflicting and pre-existing conflicts, as stated in our earlier letter (ECF No. 129). This is the third request for of its kind and the second request made by plaintiff.

    As per the Court's Order (ECF No. 130), and after consulting with defendants' counsel, the following dates and time work for all counsel and the parties:

- May 23, 2024

    In light of the foregoing, we respectfully request that the Court adjourn the in-person status conference scheduled for May 20, 2024, at 1:00 p.m. to May 23, 2024 at a time that pleases the Court.

    Thank you for your time and attention to this matter.

very truly yours,

/s/
Susan K. Smith, Esq.

Application GRANTED. The status conference will now be held on May 23, 2024 at 4PM. The Clerk of Court is directed to terminate the motion at ECF No. 131.

SO ORDERED.

Arun Subramanian, U.S.D.J.
Date: May 15, 2024