UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
---------------------------------------------------------------
MILAGROS FRANCO,

                Plaintiff,

    -against-

380 SECOND LLC AND SMALL DOOR
GRAMERCY LLC,

                Defendants.
---------------------------------------------------------------

**Docket No. 1:22-CV-04011 (AS)**

    PLEASE TAKE NOTICE that, upon the accompanying Memorandum of Law and all of the pleadings and proceedings heretofore had herein, plaintiff Milagros Franco will and herby does move this Court before the Honorable Arun Subramanian, United States District Judge, at the United States Courthouse located at 500 Pearl Street, Courtroom 15A, New York, New York 10007, on a date and time to be determined by the Court for an Order (1) granting judicial notice of plaintiff's exhibits, PX-8, PX-9, PX-10, PX-11, PX-12, PX-15 and PX-19 and (2) prohibiting defendants 380 Second LLC and Small Door Gramercy LLC, their attorneys, and any witnesses from, directly or indirectly, mentioning, referring to, interrogating, or attempting to convey to the jury in any manner any of the facts or allegations regarding Plaintiff's other lawsuit against non-parties concerning places of public accommodations not implicated in this action.

    PLEASE TAKE FURTHER NOTICE that, pursuant to this Court's Order, dated July 11, 2024, responses shall be filed no later than August 2, 2024 at noon.

Dated: July 22, 2024

                                                      Respectfully submitted,

**SMITH LEGAL ADVISORS LLC**

By: /s/
    Susan K. Smith, Esq
    Attorneys for Plaintiff
    85 Delancey Street
    New York, New York 10013
    Telephone: (920) 689-3315
    sksmith@smithlegaladvisors.com

and

**HANSKI PARTNERS LLC**

By: /s/
    Robert G. Hanski, Esq
    Adam S. Hanski, Esq.
    Attorneys for Plaintiff
    85 Delancey Street
    New York, New York 10013
    Telephone: (212) 248-7400
    Facsimile: (212) 248-5600
    rgh@disabilityrightsny.com
    ash@disabilityrightsny.com