UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

MILAGROS FRANCO,

                    Plaintiff,

          -against-

380 SECOND LLC and SMALL DOOR
GRAMERCY LLC,

                    Defendants.

22-cv-4011 (AS)

ORDER

---

ARUN SUBRAMANIAN, United States District Judge:

General pretrial matters in this case were referred to Magistrate Judge Jennifer E. Willis on May 17, 2022 and July 5, 2023. ECF Nos. 7, 65. Some of the disputes before the Magistrate Judge, including an anticipated motion for sanctions, are not yet resolved, but trial is scheduled to begin on September 23, 2024. Accordingly, the Court finds that in the interest of efficiency, the Court will hear all remaining matters in the case.

The referral orders at ECF Nos. 7 and 65 are hereby rescinded. All unresolved matters currently pending before the Magistrate Judge will now be decided by the undersigned.

SO ORDERED.

Dated: September 4, 2024
      New York, New York

_____
     ARUN SUBRAMANIAN
     United States District Judge