UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

MILAGROS FRANCO,

      Plaintiff,

   -against-

380 SECOND LLC and SMALL DOOR GRAMERCY LLC,

      Defendants.

22-cv-4011 (AS)

ORDER

ARUN SUBRAMANIAN, United States District Judge:

 Defendant 380 Second LLC submitted four motions *in limine* on July 22, 2024. ECF No. 146. For the reasons stated on the record at the September 12, 2024 conference:

- The first motion *in limine* is DENIED without prejudice.
- The second motion *in limine* is GRANTED.
- The third motion *in limine* is GRANTED in part. The parties are instructed to jointly submit a jury instruction on how subsequent remedial measures may be used at trial.
- The fourth motion *in limine* is GRANTED.

 Plaintiff Milagros Franco submitted a request for judicial notice and a motion *in limine* on July 22, 2024. ECF No. 150. For the reasons stated on the record at the September 12, 2024 conference:

- The request for judicial notice is GRANTED.
- The motion *in limine* is GRANTED.

 The Clerk of Court is directed to terminate the motions at ECF Nos. 146 and 150.

 SO ORDERED.

Dated: September 13, 2024
   New York, New York

                  _____
                  ARUN SUBRAMANIAN
                  United States District Judge