UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| MILAGROS FRANCO,<br><br>                      Plaintiff,<br><br>          -against-<br><br>380 SECOND LLC and SMALL DOOR GRAMERCY LLC,<br><br>                    Defendants. | 22-cv-4011 (AS)<br><br>ORDER |

ARUN SUBRAMANIAN, United States District Judge:

      Pursuant to the conference held on September 12, 2024, the parties should submit letters on three issues according to the following schedule (each side gets ten single spaced pages total):

- Inclusion at trial of the previously waived allegations related to the exterior ramp
    - Plaintiff's letter must be filed by Tuesday, September 17, 2024 at 5:00 PM
    - Defendants' response must be filed by Friday, September 20, 2024 at 5:00 PM
- Standing and mootness, and status of the interior ramp and circulation
    - Defendants' letter must be filed by Tuesday, September 17, 2024 at 5:00 PM
    - Plaintiff's response must be filed by Friday, September 20, 2024 at 5:00 PM

      SO ORDERED.

Dated: September 13, 2024
       New York, New York

                                                                      ARUN SUBRAMANIAN
                                                                      United States District Judge