UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| MILAGROS FRANCO,<br><br>       Plaintiff,<br><br>    -against-<br><br>380 SECOND LLC and SMALL DOOR GRAMERCY LLC,<br><br>       Defendants. | 22-cv-4011 (AS)<br><br>ORDER |

ARUN SUBRAMANIAN, United States District Judge:

  The Court's September 13, 2024 Order stated that "each side gets ten single spaced pages" to submit letters on three issues. ECF No. 178. Plaintiff moves to strike Defendants' motion to dismiss declaration, ECF No. 181, because the declaration (combined with the motion itself) exceeds the ten-page page limit. ECF No. 183.

  Plaintiff's motion to strike is GRANTED. Defendants' filings exceed the page limit set by the Court in its Order, which allocated ten single spaced pages to each letter and ten single spaced pages to each response.

  The Clerk of Court is respectfully directed to terminate the motion at ECF No. 183.

  SO ORDERED.

Dated: September 18, 2024
    New York, New York

                      ARUN SUBRAMANIAN
                      United States District Judge